## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BUZZFEED INC.,** <br> 111 East 18th Street, 13th Floor <br> New York, NY 10003 <br><br> **Plaintiff,** <br><br> v. <br><br> **U.S. DEPARTMENT OF EDUCATION,** <br> 400 Maryland Avenue, SW <br> Washington, D.C. 20202 <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) Case No. 18-cv-1535 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

1. Plaintiff BUZZFEED INC. files this Freedom of Information Act suit to force Defendant U.S. DEPARTMENT OF EDUCATION to release copies of Title IX investigation letters "promptly," as the statute expressly requires, and to challenge DOE's overredaction of the few records it has produced thus far.

## PARTIES

2. Plaintiff BUZZFEED INC. is a member of the media and made the FOIA requests at issue in this case.

3. Defendant U.S. DEPARTMENT OF EDUCATION ("DOE") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(6)(c)(i) and presents a federal question conferring jurisdiction on this Court.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## BACKGROUND

6. Title IX of the Education Amendments of 1972 protects people from discrimination based on sex in programs or activities that receive federal financial assistance.

7. DOE's Office for Civil Rights ("OCR") evaluates, investigates, and resolves complaints alleging sex discrimination.

8. Among other things, OCR investigates whether schools receiving federal funds are adequately responding to sexual assault complaints by students.

9. When OCR completes an investigation, it sends a letter to the applicable school district detailing its findings.

10. OCR contends that it vigorously enforces Title IX.

11. Starting in approximately 2013, OCR proactively released Title IX resolution letters in sexual assault cases with minimal redactions.[1]

12. Under the current DOE Secretary, OCR has stopped that proactive release and has more heavily redacted OCR letters produced in response to FOIA requests.

13. Without access to the underlying facts in Title IX letters, it is difficult for the public to understand whether OCR is vigorously enforcing Title IX as it claims.

## DEFENDANT'S FOIA VIOLATIONS

14. On December 6, 2017, BUZZFEED requested from DOE copies of letters sent to six specific schools over an approximately six-week period regarding Title IX investigations at their schools. A true and correct copy of the request is attached as Exhibit A.

15. DOE acknowledged receipt of the request and granted a fee waiver.

16. BUZZFEED followed up with DOE several times about the status of the request.

---

[1] Nick DeSantis, Education Dept. Stops Providing Details on Resolved Title IX Cases, The Chronicle of Higher Education (Mar. 15, 2018), https://www.chronicle.com/article/Education-Dept-Stops/242831.

17. Over two months ago, DOE stated that it was "[w]aiting on OCR Metro to respond with docs."

18. As of the date this suit was filed, DOE has not provided a determination or produced any records for the December 6 request.

19. On March 12, 2018, BUZZFEED requested from DOE copies of letters sent to eight school districts over the course of approximately six weeks regarding Title IX investigations. A true and correct copy of this request is attached as Exhibit B.

20. DOE acknowledged receipt of the request and granted a fee waiver.

21. On May 14, 2018, DOE provided an interim response. A true and correct copy of the response letter and associated production is attached as Exhibit C.

22. The interim response included only one of the requested school districts and the details of the relevant incidents are redacted, even though no student names are used.

23. As of the date this suit was filed, DOE has not provided any further response to the March 12 request.

### COUNT I – VIOLATION OF FOIA – DECEMBER 6 REQUEST

24. The above paragraphs are incorporated herein.

25. Defendant DOE is an agency subject to FOIA.

26. Plaintiff made a FOIA request to Defendant for agency records of Defendant.

27. Defendant has failed to provide a determination with regard to the request.

28. Defendant has failed to produce the requested records promptly.

### COUNT II – VIOLATION OF FOIA – MARCH 12 REQUEST

29. The above paragraphs are incorporated herein.

30. Defendant DOE is an agency subject to FOIA.

31. Plaintiff made a FOIA request to Defendant for agency records of Defendant.

32. Except for one of the eight investigations requested, Defendant has failed to provide a determination with regard to the request.

33. Defendant has failed to produce the requested records promptly.

34. Defendant has redacted from its release of records to date information that is not subject to any exemption.

**WHEREFORE,** Plaintiff asks the Court to:

i. Order Defendant to conduct a reasonable search for records and to produce all non-exempt requested records;

ii. Award Plaintiff attorney fees and costs; and

iii. Enter any other relief the Court deems appropriate.

DATED: June 27, 2018

Respectfully Submitted,

/s/ Matthew Topic

Attorneys for Plaintiffs

Matthew Topic
(E-Mail: foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
Bar No. IL0037

Matthew Schafer
(E-Mail: matthew.schafer@buzzfeed.com)
BUZZFEED INC.
111 East 18th Street, 13th Floor
New York, NY 10003
Tel.: (646) 660-0693
Fax: (212) 431-7461
Bar No. 1008728