# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-1535 (CRC) |
| ) | |
| U.S. DEPARTMENT OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME

Defendant United States Department of Education, pursuant to Federal Rule of Civil Procedure 6(b)(1), respectfully requests an extension of its deadline, up to and including September 7, 2018, to file an Answer or otherwise respond to the Complaint in this matter.  Good cause exists to grant this motion.

1. Plaintiff filed its Complaint in this Freedom of Information Act ("FOIA") action on June 27, 2018.

2. The current deadline for Defendant's response to the Complaint is August 15, 2018.

3. Undersigned counsel and agency counsel are in the process of fully investigating the allegations and gathering the information needed to respond to the Complaint.  Defendant, however, has been unable to obtain all of the information needed to respond to Plaintiff's complaint in advance of the current deadline.  Agency counsel has advised the undersigned Assistant United States Attorney that individuals with information necessary to respond to the allegations in the Complaint have been out of the office on leave and are expected to return on August 20, 2018.

Additionally, undersigned counsel will be out of the office on previously scheduled leave through August 22, 2018.

4. Defendant, accordingly, now requests a brief extension of time, up to and including September 7, 2018, to properly confer with agency counsel and file an answer or otherwise respond to the Complaint.

5. Defendant requests this extension in good faith and not for the purpose of delay. This is Defendant's first request for an extension of time in this action and the requested relief will not affect any other deadlines currently imposed by the Court. Plaintiff consents to the requested extension.

6. Defendant, accordingly, requests that the Court grant its motion for an extension of time to respond to the Complaint and enter the attached Order.

Dated: August 15, 2018

                                               Respectfully submitted,

                                               JESSIE K. LIU, D.C. Bar # 472845
                                               United States Attorney

                                               DANIEL F. VAN HORN, D.C. Bar # 924092
                                               Chief, Civil Division

By: /s/ *Melanie D. Hendry*
      Melanie D. Hendry
      Assistant United States Attorney
      555 Fourth Street, N.W.
      Washington, D.C. 20530
      (202) 252-2510
      melanie.hendry2@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF EDUCATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 18-1535 (CRC) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's Consent Motion for an Extension of Time, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED;

ORDERED that Defendant's Answer and/or other response to the Complaint shall be due on or before September 7, 2018.

SIGNED:

_____                    _____
Date                                                                  United States District Judge