# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BUZZFEED INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF EDUCATION, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 18-1535 (CRC) |

## JOINT PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's September 6, 2018 Order, Plaintiff BuzzFeed Inc. ("Plaintiff") and Defendant U.S. Department of Education respectfully submit the following proposed summary judgment motion briefing schedule in this Freedom of Information Act case:

| | |
|---|---|
| Defendant's Motion for Summary Judgment | November 16, 2018 |
| Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment | December 17, 2018 |
| Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment | January 25, 2019 |
| Plaintiff's Reply to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment | February 15, 2019 |

| | |
|---|---|
| Dated: September 20, 2018 | Respectfully submitted, |
| LOVEY & LOVEY | JESSIE K. LIU, D.C. Bar # 472845<br>United States Attorney |
| By: */s/ Matthew Topic*<br>    Matthew Topic<br>    311 N. Aberdeen, Third Floor<br>    Chicago, IL 60607<br>    (312) 243-5900<br>    matt@loevy.com | DANIEL F. VAN HORN, D.C. Bar # 924092<br>Chief, Civil Division<br><br>By: */s/ Melanie D. Hendry*<br>    Melanie D. Hendry<br>    Assistant United States Attorney<br>    555 Fourth Street, N.W.<br>    Washington, D.C. 20530<br>    (202) 252-2510<br>    melanie.hendry2@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |