UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 18-1535 (CRC) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME**

Defendant United States Department of Education, pursuant to Federal Rule of Civil Procedure 6(b)(1), respectfully requests a three-week extension of its deadline, up to and including December 7, 2018, to file its motion for summary judgment in this Freedom of Information Act ("FOIA") action. Good cause exists to grant this motion.

1. On September 20, 2018, the Court entered an order directing Defendant to file its summary judgment motion by November 16, 2018.

2. Undersigned counsel and agency counsel are working diligently to prepare the agency's summary judgment motion. However, due to multiple other deadlines in an active docket of more than 80 cases (including a recently assigned motion for a temporary restraining order and preliminary injunction) and anticipated absences from the office due to the Thanksgiving holiday, a reasonable amount of additional time is needed to complete the summary judgment motion and obtain the necessary office and agency review and approval.

3. Defendant, accordingly, now requests a three-week extension of the current briefing deadlines and that the briefing schedule be amended as follows:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Defendant's Motion for Summary Judgment | November 16, 2018 | December 7, 2018 |
| Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment | December 17, 2018 | January 7, 2019 |
| Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment | January 25, 2019 | February 15, 2019 |
| Plaintiff's Reply to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment | February 15, 2019 | March 8, 2019 |

4. Defendant requests this extension in good faith and not for the purpose of delay. This is Defendant's first request for an extension of time to file its summary judgment motion. Plaintiff consents to the requested extension.

5. Defendant, accordingly, respectfully requests that the Court grant its motion for an extension of time to file its summary judgment motion and enter the attached Order.

Dated: November 15, 2018

        Respectfully submitted,

        JESSIE K. LIU, D.C. Bar # 472845
        United States Attorney

        DANIEL F. VAN HORN, D.C. Bar # 924092
        Chief, Civil Division

By: /s/ *Melanie D. Hendry*
        Melanie D. Hendry
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-2510
        melanie.hendry2@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF EDUCATION, )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 18-1535 (CRC) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's Consent Motion for an Extension of Time, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED;

ORDERED that the summary judgment briefing schedule is amended as follows:

| | **Deadline** |
|---|---|
| Defendant's Motion for Summary Judgment | December 7, 2018 |
| Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment | January 7, 2019 |
| Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment | February 15, 2019 |
| Plaintiff's Reply to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment | March 8, 2019 |

SIGNED:

_____                    _____
Date                                                          United States District Judge