# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BUZZEED INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-1535 (CRC) |
| ) | |
| U.S. DEPARTMENT OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME

Defendant United States Department of Education, pursuant to Federal Rule of Civil Procedure 6(b)(1), respectfully requests a two-week extension of its deadline, up to and including December 21, 2018, to file its motion for summary judgment in this Freedom of Information Act ("FOIA") action.  Good cause exists to grant this motion.

1. Undersigned counsel and agency counsel are working diligently to prepare the agency's summary judgment motion.  However, due to multiple competing deadlines, the agency needs additional time to prepare its declaration in support of its motion.

2. Defendant, accordingly, now requests a two-week extension of the current briefing deadlines and that the briefing schedule be amended as follows:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Defendant's Motion for Summary Judgment | December 7, 2018 | December 21, 2018 |
| Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment | January 7, 2019 | January 22, 2019 |

| Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment | February 15, 2019 | March 1, 2019 |
|---|---|---|
| Plaintiff's Reply to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment | March 8, 2019 | March 22, 2019 |

3. Defendant requests this extension in good faith and not for the purpose of delay. This is Defendant's second request for an extension of time to file its summary judgment motion. Plaintiff consents to the requested extension.

4. Defendant, accordingly, respectfully requests that the Court grant its motion for an extension of time to file its summary judgment motion and enter the attached Order.

Dated: December 6, 2018

                                                Respectfully submitted,

                                                JESSIE K. LIU, D.C. Bar # 472845
                                                United States Attorney

                                                DANIEL F. VAN HORN, D.C. Bar # 924092
                                                Chief, Civil Division

By: /s/ *Melanie D. Hendry*
                                                Melanie D. Hendry
                                                Assistant United States Attorney
                                                555 Fourth Street, N.W.
                                                Washington, D.C. 20530
                                                (202) 252-2510
                                                melanie.hendry2@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BUZZFEED INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 18-1535 (CRC) |
| U.S. DEPARTMENT OF EDUCATION, | ) ) ) |
| Defendant. | ) ) ) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's Consent Motion for an Extension of Time, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED;

ORDERED that the summary judgment briefing schedule is amended as follows:

|  | **Deadline** |
|---|---|
| Defendant's Motion for Summary Judgment | December 21, 2018 |
| Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment | January 22, 2019 |
| Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment | March 1, 2019 |
| Plaintiff's Reply to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment | March 22, 2019 |

SIGNED:

_____          _____
Date                                                          United States District Judge