# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-1535 (CRC) |
| ) | |
| U.S. DEPARTMENT OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Defendant United States Department of Education, pursuant to Federal Rule of Civil Procedure 6(b)(1), respectfully requests an extension of its deadline, up to and including February 6, 2019, to file its motion for summary judgment in this Freedom of Information Act ("FOIA") action.  Good cause exists to grant this motion.

1.  Undersigned counsel and agency counsel have been working to prepare the agency's summary judgment motion.  However, the agency has encountered delays in coordinating with individuals who must provide information for the declarations.  Additionally, agency counsel will be out of the office for previously scheduled leave from December 21, 2018, through January 11, 2019.  Because the undersigned Assistant United States Attorney will just be starting previously scheduled leave for international travel the day before agency counsel's scheduled return, she inquired whether the agency could assign another attorney to this matter so the motion could be filed before the undersigned Assistant United States Attorney begins leave.  However, the agency has advised that it is not possible to do so.

2. Defendant, accordingly, now requests that the current briefing schedule be amended as follows:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Defendant's Motion for Summary Judgment | December 21, 2018 | February 6, 2019 |
| Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment | January 22, 2019 | March 6, 2019 |
| Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment | March 1, 2019 | April 5, 2019 |
| Plaintiff's Reply to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment | March 22, 2019 | April 26, 2019 |

3. Defendant requests this extension in good faith and not for the purpose of delay. This is Defendant's third request for an extension of time to file its summary judgment motion. Plaintiff's counsel has advised that although it would consent to a shorter extension, until January 18, 2019, Plaintiff does not consent to the extension requested by Defendant. However, as noted above, the undersigned Assistant United States Attorney will be out of the country at that time.

4. Defendant, accordingly, respectfully requests that the Court grant its motion for an extension of time to file its summary judgment motion and enter the attached Order.

Dated: December 21, 2018                Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: /s/ *Melanie D. Hendry*
Melanie D. Hendry

Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2510
melanie.hendry2@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BUZZFEED INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-1535 (CRC) |
| ) | |
| U.S. DEPARTMENT OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's Consent Motion for an Extension of Time, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED;

ORDERED that the summary judgment briefing schedule is amended as follows:

|  | **Deadline** |
|---|---|
| Defendant's Motion for Summary Judgment | February 6, 2019 |
| Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment | March 6, 2019 |
| Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment | April 5, 2019 |
| Plaintiff's Reply to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment | April 26, 2019 |

SIGNED:

_____            _____
Date                                                  United States District Judge