UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BUZZFEED, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-1535 (CRC) |
| | ) | |
| U.S. DEPARTMENT OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND TO MODIFY BRIEFING SCHEDULE**

Defendant United States Department of Education, by its undersigned attorneys, respectfully move under Fed. R. Civ. P. 6(b)(1)(A) for a one-week extension of time (a) to file Defendant's Motion for Summary Judgment, and (b) to modify the remaining summary judgment briefing schedule by adding one week to each deadline.  Pursuant to the Court's December 21, 2018 Minute Order, the current deadline for the opening summary judgment motion is February 6, 2019.  More specifically, defendant requests that the deadlines be extended as follows:  defendant's motion for summary judgment on February 13, 2019; plaintiff's combined opposition and cross-motion on March 13, 2019; defendant's combined reply and opposition on April 12, 2019; and plaintiff's reply on May 3, 2019.  Plaintiff, through its counsel, has no objection either to the extension for filing defendant's motion or to the corresponding modifications of the remainder of the briefing schedule.  The grounds for this motion are set forth below, and a proposed order consistent with the relief sought in this motion is attached.

This case involves claims brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").  The Assistant United States Attorney with daily responsibility for this matter has been preparing the motion for summary judgment, but was unable to complete work on it prior to becoming ill.  The assigned Assistant United States of Attorney has been out of the office due to illness for several days since the end of the partial government shutdown on January 25, 2019.  During the 35-day shutdown due to a lapse in appropriations for the Department of Justice, work on this matter was prohibited because this FOIA case does not involve "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.  The Assistant United States Attorney handling this matter is not expected back in the office until February 7, 2019, which is the day after the current deadline for filing defendant's motion for summary judgment.[1]  Once she returns to work, the Assistant United States attorney will need a reasonable amount of time to complete the motion, confer with personnel at the Department of Education, and have the motion reviewed internally as required by Department of Justice regulations while also attending to multiple other urgent matters in other cases that accumulated during the partial government shutdown.

Defendant's counsel is filing this motion in good faith.  Neither party will be unfairly prejudiced by extending the remainder of the briefing schedule by one weeks.  Granting the extension should not materially affect the Court's timeline for resolving this matter, and overall the interests of justice favor allowing defendant a reasonable amount of additional time to file an opening motion that will present the record and issues well and assist the Court.

---

[1] The Assistant United States Attorney filing this motion for extension of time on behalf of defendant is not available to work on this case currently due to her own full docket of active cases and responsibilities.

For all these reasons, defendant respectfully requests that the Court extend all of the deadlines in the schedule set forth in the December 21, 2018 Minute Order by one week. A proposed order reflecting the modified schedule is attached.

Respectfully submitted,

JESSIE K. LIU, D.C. BAR # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. BAR # 924092
Chief, Civil Division

   */s/ Jane M. Lyons*
JANE M. LYONS, D.C. BAR #451737
MELANIE D. HENDRY
Assistant United States Attorneys
U.S. Attorney's Office
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2540 or (202) 252-2510 (phone)
(202) 252-2599 (fax)
jane.lyons@usdoj.gov
Melanie.hendry2@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 18-1535 (CRC) |
| U.S. DEPARTMENT OF EDUCATION, | ) |
| Defendant. | ) |

**O R D E R**

THIS MATTER is before the Court on defendant's unopposed motion to extend all of the dates in the briefing schedule set forth in the December 21, 2018 Minute Order by one week. Based on the motion and the entire record in this case, the Court finds good cause for the relief sought. The Court further finds that plaintiff will not be prejudiced by extending the deadlines by one week. Accordingly, it is hereby

**ORDERED** that defendant's motion for extension of time and to modify the briefing schedule is **GRANTED**, and it is further

**ORDERED** that the December 21, 2018 Minute Order is **VACATED**, and the following deadlines will apply:

| | |
|---|---|
| Defendant's Motion for Summary Judgment | February 13, 2019 |
| Plaintiff's Opposition & Cross-Motion | March 13, 2019 |
| Defendant's Reply and Opposition | April 12, 2019 |
| Plaintiff's Reply | May 3, 2019. |

_____  _____
Date                                CHRISTOPHER R. COOPER
                                    United States District Judge

Copies Served By CM/ECF