**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BUZZFEED INC., Plaintiff, | ) | |
| v. | ) | Civil Action No. 18-1535 (CRC) |
| U.S. DEPARTMENT OF EDUCATION, Defendant. | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS**

Pursuant to Local Civil Rule 7(h), Defendant United States Department of Education (the "Department") respectfully submits its response to Plaintiff's Statement of Undisputed Facts (Dkt. No. 17-1) ("Statement").

1. This paragraph contains Plaintiff's characterization of the Department's responsibilities that is immaterial to the resolution of a dispositive motion in this Freedom of Information Act ("FOIA") case.

2. Undisputed.

3. Undisputed.

4. Undisputed.

5. Undisputed.

6. Undisputed.

7. Undisputed.

8. Disputed. *See* Exh. A; Minami Decl. ¶ 20; Mayo-Tall Decl. ¶ 2.

9. This paragraph contains Plaintiff's characterization of the Department's findings that is immaterial to the resolution of a dispositive motion in this FOIA case. The Department respectfully refers the Court to the referenced letters, which Plaintiff has attached to its Statement for a complete and accurate statement of their contents.

10. This paragraph contains Plaintiff's characterization of the redactions in the referenced document, which Plaintiff has attached to its Statement and which speaks for itself. The Department does not dispute that it redacted portions of the referenced document and respectfully refers the Court to the referenced document for a complete and accurate statement of its contents.

11. This paragraph contains Plaintiff's characterization of the redactions in the referenced document, which Plaintiff has attached to its Statement and which speaks for itself. The Department does not dispute that it redacted portions of the referenced document and respectfully refers the Court to the referenced document for a complete and accurate statement of its contents.

12. This paragraph contains Plaintiff's characterization of the redactions in the referenced document, which Plaintiff has attached to its Statement and which speaks for itself. The Department does not dispute that it redacted portions of the referenced document and respectfully refers the Court to the referenced document for a complete and accurate statement of its contents.

13. This paragraph contains Plaintiff's characterization of the redactions in the referenced document, which Plaintiff has attached to its Statement and which speaks for itself. The Department does not dispute that it redacted portions of the referenced document and

respectfully refers the Court to the referenced document for a complete and accurate statement of its contents.

14. This paragraph contains Plaintiff's characterization of the redactions in the referenced document, which Plaintiff has attached to its Statement and which speaks for itself. The Department does not dispute that it redacted portions of the referenced document and respectfully refers the Court to the referenced document for a complete and accurate statement of its contents.

15. This paragraph contains Plaintiff's characterization of the redactions in the referenced document, which Plaintiff has attached to its Statement and which speaks for itself. The Department does not dispute that it redacted portions of the referenced document and respectfully refers the Court to the referenced document for a complete and accurate statement of its contents.

16. This paragraph contains Plaintiff's characterization of the redactions in the referenced document, which Plaintiff has attached to its Statement and which speaks for itself. The Department does not dispute that it redacted portions of the referenced document and respectfully refers the Court to the referenced document for a complete and accurate statement of its contents.

17. This paragraph contains Plaintiff's characterization of the redactions in the referenced document, which Plaintiff has attached to its Statement and which speaks for itself. The Department does not dispute that it redacted portions of the referenced document and respectfully refers the Court to the referenced document for a complete and accurate statement of its contents.

18. This paragraph contains Plaintiff's characterization of the redactions in the referenced document, which Plaintiff has attached to its Statement and which speaks for itself. The Department does not dispute that it redacted portions of the referenced document and respectfully refers the Court to the referenced document for a complete and accurate statement of its contents.

19. This paragraph contains Plaintiff's characterization of the redactions in the referenced document, which Plaintiff has attached to its Statement and which speaks for itself. The Department does not dispute that it redacted portions of the referenced document and respectfully refers the Court to the referenced document for a complete and accurate statement of its contents.

20. This paragraph contains Plaintiff's characterization of the redactions in the referenced document, which Plaintiff has attached to its Statement and which speaks for itself. The Department does not dispute that it redacted portions of the referenced document and respectfully refers the Court to the referenced document for a complete and accurate statement of its contents.

Dated: May 3, 2019

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: /s/ Melanie D. Hendry
Melanie D. Hendry
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2510
melanie.hendry2@usdoj.gov

# EXHIBIT A

**From:** Hendry, Melanie (USADC)
**To:** Hendry, Melanie (USADC)
**Subject:** FW: BuzzFeed v. US Dep"t of Education (18cv1535) Status
**Date:** Thursday, May 2, 2019 11:05:38 AM

---

**From:** Hendry, Melanie (USADC)
**Sent:** Thursday, September 20, 2018 10:35 AM
**To:** 'Matt Topic' <matt@loevy.com>
**Subject:** RE: BuzzFeed v. US Dep't of Education (18cv1535) Status

[redacted]

**From:** Matt Topic <matt@loevy.com>
**Sent:** Thursday, September 20, 2018 9:18 AM
**To:** Hendry, Melanie (USADC) <MHendry1@usa.doj.gov>
**Subject:** Re: BuzzFeed v. US Dep't of Education (18cv1535) Status

[redacted]

On Thu, Sep 20, 2018, 8:12 AM Hendry, Melanie (USADC) <Melanie.Hendry2@usdoj.gov> wrote:

> [redacted]
>
> **From:** Matt Topic <matt@loevy.com>
> **Sent:** Thursday, September 20, 2018 9:10 AM
> **To:** Hendry, Melanie (USADC) <MHendry1@usa.doj.gov>
> **Subject:** Re: BuzzFeed v. US Dep't of Education (18cv1535) Status
>
> [redacted]
>
> On Thu, Sep 20, 2018, 7:46 AM Matt Topic <matt@loevy.com> wrote:
>
> [redacted]
>
> On Thu, Sep 20, 2018, 5:35 AM Hendry, Melanie (USADC)

<Melanie.Hendry2@usdoj.gov> wrote:

[redacted]

Thanks,

Melanie

Melanie D. Hendry
Assistant United States Attorney
United States Attorney's Office
501 Third Street, N.W.
Washington, D.C. 20530
(202) 252-2510
Melanie.hendry2@usdoj.gov<mailto:Melanie.hendry2@usdoj.gov>

On Sep 18, 2018, at 4:51 PM, Hendry, Melanie (USADC) <MHendry1@usa.doj.gov<mailto:MHendry1@usa.doj.gov>> wrote:

Matt,

The agency has advised that its production is now complete. Here are the responses to the specific questions you posed:

1. Charlotte-Mecklenburg Schools – there are no responsive records

2. Guildford College in North Carolina – there are no responsive records for Guildford but, in the event that was an inadvertent misspelling, the agency has advised that there is a letter for Guilford available online at https://www2.ed.gov/about/offices/list/ocr/docs/investigations/more/11142009-a.pdf

3. Union County in North Carolina – available online at https://www2.ed.gov/about/offices/list/ocr/docs/investigations/more/11151025-a.pdf

[redacted]

[redacted]

Thanks,

Melanie

Melanie D. Hendry
Assistant United States Attorney
United States Attorney's Office
501 Third Street, N.W., Room E4212
Washington, D.C. 20530
(202) 252-2510
Melanie.Hendry2@usdoj.gov<mailto:Melanie.Hendry2@usdoj.gov>