UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BUZZFEED INC., Plaintiff, v. U.S. DEPARTMENT OF EDUCATION, Defendant. | ) | Civil Action No. 18-1535 (CRC) |

**DECLARATION OF KAREN L. MAYO-TALL**

I, Karen L. Mayo-Tall, declare that the following is true to the best of my knowledge and belief:

1. Currently, I am employed by the U.S. Department of Education ("Department" or "Agency"), Office of the General Counsel in Washington, D.C. as an attorney. As a part of my duties, I, *inter alia*, litigate Freedom of Information Act ("FOIA") cases. I have litigated cases for the Federal government for almost 30 years and FOIA cases specifically for over seven years. In this capacity, I am familiar with the Department's response to the FOIA requests at issue in this case. Thus, I submit this declaration in support of the Department's motion for summary judgment.

2. In paragraphs 20 and 21 of the Declaration of Kristine Minami dated December 14, 2018, Ms. Minami notes that in August 2018, the Department located 42 pages of documents responsive to the last three schools listed on the FOIA request (*i.e.*, University of Nevada, Granite School District, and Laramie Community College). The Department mistakenly believed these documents were produced to Plaintiff at that time but has since learned, through Plaintiff's motion papers, that they were not sent. On May 1, 2019, I forwarded them to

Plaintiff's counsel via email, but service was returned on May 2nd. After reconfirming opposing counsel's email address, I made a second attempt on service on May 3rd, 2019.

3. Additionally, upon further review of the documents produced to Plaintiff in connection with the preparation of the Department's opposition and reply, the Department has determined that no 7(A) exemptions apply. Although the Department is no longer withholding information pursuant to exemption 7(A), the other exemptions asserted with respect to that material (and described in detail in the declarations submitted by the Department in support of its summary judgment motion) do still apply.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746. Executed this _3rd__ day of May, 2019.

By: ____________________

Karen L. Mayo-Tall
Agency Counsel
U.S. Department of Education