# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BUZZFEED INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-1535 (CRC) |
| ) | |
| U.S. DEPARTMENT OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S NOTICE OF SUBMISSION FOR *IN CAMERA* REVIEW

Pursuant to the Court's July 10, 2019 Order, on July 10, 2019, the United States Department of Education submitted the unredacted versions of the declarations appended as exhibits to its Unopposed Motion for Leave to Submit Declarations *Ex Parte* and *In Camera* (Dkt No. 27) for the Court's *in camera* review.

Dated: July 10, 2019

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: /s/ *Melanie D. Hendry*
Melanie D. Hendry
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2510
melanie.hendry2@usdoj.gov