IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 18-cv-01535 (CRC) |
| U.S DEPARTMENT OF EDUCATION, | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's September 23, 2019, Minute Order, the parties respectfully submit this Joint Status Report to inform the Court that, having completed its review of the reprocessed records, Plaintiff is satisfied and has determined additional motions practice is unnecessary.

Plaintiff has submitted – and Defendant is reviewing – its billing records with the goal of resolving the issue of attorneys' fees without further litigation. The parties respectfully request until on or before November 7, 2019 to resolve the matter or submit a Joint Status Report proposing any further necessary proceedings.

Dated: October 7, 2019                     Respectfully submitted,

LOVEY & LOVEY                              JESSIE K. LIU, D.C. Bar # 472845
                                           United States Attorney

By: */s/ Matthew Topic*                    DANIEL F. VAN HORN, D.C. Bar # 924092
   Matthew Topic                           Chief, Civil Division
   311 N. Aberdeen, Third Floor     By:    */s/   John Moustakas*
   Chicago, IL 60607                       John Moustakas, D.C. Bar # 442076
   (312) 243-5900                          Assistant United States Attorney
   matt@loevy.com                          555 Fourth Street, N.W.
                                           Washington, D.C. 20530
   *Counsel for Plaintiff*                 (202) 252-2518
                                           john.moustakas@usdoj.gov

                                           *Counsel for Defendant*