# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. A. No. 18-1535 (CRC) |
| ) | |
| U.S DEPARTMENT OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

In their October 7, 2019, Joint Status Report, the parties informed the Court that Plaintiff is satisfied with Defendant's releases and has determined additional motions practice is unnecessary. The parties also reported that Plaintiff had submitted, and Defendant was reviewing, Plaintiff's billing records in hopes of resolving attorneys' fees without further litigation.

The parties are in the process of negotiating a compromise on fees and respectfully request permission to submit a further Joint Status Report on or before December 9, 2019 either to report a successful conclusion of those negotiations or propose any further necessary proceedings.

Dated: November 7, 2019                                Respectfully submitted,

LOVEY & LOVEY                                          JESSIE K. LIU, D.C. Bar # 472845
                                                       United States Attorney

By: */s/ Matthew Topic*                                DANIEL F. VAN HORN, D.C. Bar # 924092
    Matthew Topic                                      Chief, Civil Division
    311 N. Aberdeen, Third Floor      By:   */s/   John Moustakas*
    Chicago, IL 60607                       John Moustakas, D.C. Bar # 442076
    (312) 243-5900                          Assistant United States Attorney
    matt@loevy.com                          555 Fourth Street, N.W.
                                            Washington, D.C. 20530

*Counsel for Plaintiff*

(202) 252-2518
john.moustakas@usdoj.gov

*Counsel for Defendant*